UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 5:19-01523 JFW (ADS)     Date: October 11, 2019

Title: *Maurice Charles Jennings v. County of Riverside, et al.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Plaintiff(s):      Attorney(s) Present for Defendant(s):
None Present                                None Present

**Proceedings:     (IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING FAILURE TO UPDATE ADDRESS**

Plaintiff Maurice Charles Jennings filed a Complaint under 42 U.S.C. § 1983. [Dkt. No. 1]. On September 4, 2019, the Court received the Notice of Judge Assignment and Reference to a United States Magistrate Judge as returned mail. [Dkt. No. 4]. The returned mail indicates Plaintiff is no longer in custody. [Id.].

Pro se litigants are required to keep the Court and opposing parties apprised of their current address. L.R. 41-6. Therefore, Plaintiff is **ORDERED TO SHOW CAUSE** by no later than **November 1, 2019** why this action should not be dismissed for lack of prosecution and failing to comply with the Court's Local Rules. The filing of a Notice of Change of Address on or before November 1, 2019 will discharge this Order to Show Cause.

**Plaintiff is hereby cautioned that failing to comply with this Order will result in the recommendation that this action be dismissed for failure to prosecute and failure to comply with the Court's Local Rules.**

**IT IS SO ORDERED.**

Initials of Clerk kh