UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 5:19-01523 JFW (ADS)                                    Date: June 15, 2022

Title: *Jennings v. Cnty. of Riverside, et al.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Plaintiff(s):          Attorney(s) Present for Defendant(s):
None Present                                                     None Present

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND OBEY COURT ORDERS**

Plaintiff Maurice Charles Jennings filed the First Amended Civil Rights Complaint in May 2020. On October 8, 2021, Defendants County of Riverside and Dr. Roselyn filed a Motion to Dismiss Plaintiff's First Amended Complaint ("Motion"). On April 14, 2022, Defendants' Motion was denied. Under Federal Rule of Civil Procedure 12(b)(4), if a court denies a motion to dismiss, a responsive pleading must be served within 14 days after notice of the court's action. Here, it has been more than 14 days since the Motion was denied, and the Court has received no responsive pleadings from Defendants County of Riverside and Dr. Roselyn.

It is Plaintiff's responsibility to prosecute this case, including filing a request for entry of default and default judgment if a defendant fails to file a responsive pleading. See Fed. R. Civ. P. 41(b). As of the date of this Order, Plaintiff has neither filed a request for entry of default or default judgment.

Accordingly, Plaintiff is ordered to show cause why this case should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b). Plaintiff must file a written response by no later than **July 6, 2022**. Alternatively, Plaintiff may discharge this Order to Show Cause by filing a request for entry of default and default judgment consistent with the requirements under Federal Rule of Civil Procedure 55.

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  5:19-01523 JFW (ADS)                                    Date:  June 15, 2022

Title:  *Jennings v. Cnty. of Riverside, et al.*

    Plaintiff is expressly warned that failure to timely file a response to this Order may result in a recommendation to the District Judge that this action be dismissed for failure to prosecute and obey court orders pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Initials of Clerk kh